Prepared by State Reporter from Appeal Papers

In the Matter of the Application of JOHN T. BRADY & COMPANY, Appellant, against CHARLES W. BERRY, as Comptroller of the City of New York, et al., Respondents.

*New York city — municipal corporations — contract — mandamus to compel payment of contract price for work done on public building — defense that claim was subject to audit.*

Matter of Brady & Co. v. Berry, 219 App. Div. 703, affirmed.
(Argued February 21, 1927; decided March 29, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1927, which affirmed an order of Special Term denying an application for a peremptory order of mandamus to compel the defendants to issue and deliver to the petitioner warrants for payment for work alleged to have been performed in the erection of a public building, in accordance with the contract price, pursuant to a supplemental contract entered into between the petitioner and the city of New York. Defendants contended that under the provisions of section 149 of the charter of the city of New York (L. 1901, ch. 466) the claim of the petitioner was subject to audit, the contract not having been made by public letting.

*Charles L. Craig* for appellant.

*George P. Nicholson,* Corporation Counsel (*Henry J. Shields, J. Joseph Lilly, Denis R. O'Brien* and *Joseph Pascal* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.